JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IRINA OPENKINA MEN,<br><br>             Plaintiff,<br><br>       v.<br><br>UR M. JADDOU, DIRECTOR, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>             Defendant. | Case No. 2:24-cv-00216-MWF(SSCx)<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE WITHOUT PREJUDICE** |

Having read and considered the Joint Stipulation to Dismiss the Case submitted by the parties, and finding good cause therefor,

IT IS HEREBY ORDERED that:

1. The instant action is dismissed without prejudice;
2. USCIS shall diligently work towards the adjudication of the Form I-360 Petition for Amerasian, Widower, or Special Immigrant filed by Plaintiff with USCIS on July 9, 2021 and the issuance of a final decision, request for evidence ("RFE") or Notice of Intent to Deny ("NOID") on or before August 9, 2024;
3. If USCIS issues an RFE or NOID, USCIS shall diligently work towards adjudicating Plaintiff's Form I-360 within 45 days of the receipt of Plaintiff's response to the RFE or NOID, absent unforeseen circumstances that would require additional time to complete the adjudication;
4. If USCIS issues a follow-up RFE or NOID, USCIS shall diligently work towards adjudicating Plaintiff's Form I-360 within 45 days of the receipt of Plaintiff's response to the RFE or NOID, absent unforeseen circumstances that would require additional time to complete the adjudication;
5. Plaintiff, through counsel, shall provide a tracking number for any any RFE or NOID response shipped to USCIS to counsel for Defendant; and
6. If USCIS fails to issue a final decision, RFE or NOID by August 9, 2024, or adjudicate any RFE or NOID within 45 days of the receipt by USCIS of Plaintiff's response to such RFE or NOID, Plaintiff may bring an action in this Court to enforce this negotiated settlement and compel adjudication of Plaintiff's Form I-360.

Dated:  March 6, 2024

MICHAEL W. FITZGERALD
United States District Judge

PRESENTED BY:

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney, Chief,
Complex and Defensive Litigation Section

/s/ *Richard C. Burson*
RICHARD C. BURSON
Special Assistant United States Attorney
Attorneys for Defendants